In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Public Park Located between Beach Channel Drive and the United States Bulkhead Line of Jamaica Bay and between Lines Which Are Approximate Prolongations of the Westerly Sides of Beach 116th Street and of Beach 124th Street, in the Borough of Queens, City of New York. THE CITY OF NEW YORK, Appellant; BAYSIDE ESTATES, INC., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION, with Respect to JOSEPH E. DEADY, an Attorney, Respondent.— Had respondent been frank and admitted what was clearly the fact, as found by the learned official referee, that he had paid a layman for soliciting and procuring for prosecution by him as an attorney a few claims for personal injuries and awards of unknown owners in condemnation proceedings, the court would have been disposed to follow the recommendation that respondent be censured. However, the court may not overlook the unwarranted denials and, therefore, directs that respondent be suspended from the practice of the law but, because of his good reputation, limits the period to three months. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of SIDNEY GONDELMAN, an Attorney and Counselor at Law, Respondent.— Motion referred to the court that rendered the decision on the prior motion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ. Order of this court dated April 15, 1940 [ante, p. 833], denying motion for reargument or for leave to appeal to the Court of Appeals, resettled to the extent indicated in order to be signed. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ. [See 258 App. Div. 1085; ante, p. 726; ante, p. 832.]

In the Matter of the Judicial Settlement of the Account of Proceedings of STATEN ISLAND NATIONAL BANK AND TRUST COMPANY, as General Guardian of WALTER HANSEN, an Infant. WALTER HANSEN, Appellant; STATEN ISLAND NATIONAL BANK AND TRUST COMPANY, as General Guardian of WALTER HANSEN, an Infant, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Rehabilitation of LAWYERS MORTGAGE COMPANY. In the Matter of a Proposal or Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK to Exercise Certain of Its Limited Powers with Respect to a Mortgage Covering Premises Known as No. 8718 Ridge Boulevard, in the Borough of Brooklyn, County of Kings, City and State of New York, Securing Mortgage Investments Issued and Guaranteed by LAWYERS MORTGAGE COMPANY and Designated as Mortgage No. 200643. BROOKLYN TRUST COMPANY, as Trustee under Declaration of Trust Dated November 21, 1938, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LAWYERS MORTGAGE COMPANY, LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Successor to the Mortgage Commission of the State of New York under and Pursuant to the Provisions of Chapter 19 of the Laws of 1935, as Amended by Chapter 944 of the Laws of 1939, Respondents.—Motion for leave to appeal to